UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00051-JAM |
| Plaintiff, | ) | |
| v. | ) | **RELATED CASE ORDER** |
| ZURYESS ANTHONY ROBERTS, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00052-JAM |
| Plaintiff, | ) | |
| v. | ) | |
| DIVAYA JAMES TALLEY, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00054-JAM |
| Plaintiff, | ) | |
| v. | ) | |
| TAEZON LAURECE SANDERSON, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00053-DJC |
| Plaintiff, | ) | |
| v. | ) | |
| ANDERSON PURNELL THURSTON, | ) | |
| Defendant. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D.

1

1 Cal. 2005).  Accordingly, the assignment of the matters to the

2 same judge is likely to affect a substantial savings of judicial

3 effort and is also likely to be convenient for the parties.

4     The parties should be aware that relating the cases under

5 Local Rule 123 merely has the result that these actions are

6 assigned to the same judge; no consolidation of the actions is

7 effected.  Under the regular practice of this court, related

8 cases are generally assigned to the judge to whom the first filed

9 action was assigned.

10     IT IS THEREFORE ORDERED that the action denominated

11 2:25-cr-00053-DJC be reassigned to Senior District Judge John A.

12 Mendez for all further proceedings, and any dates currently set

13 in this reassigned case _only_ are hereby VACATED.  Henceforth, the

14 caption on documents filed in the reassigned case shall be shown

15 as 2:25-cr-00053-JAM.

16     IT IS FURTHER ORDERED that the Clerk of the Court make

17 appropriate adjustment in the assignment of criminal cases to

18 compensate for this reassignment.

19     IT IS SO ORDERED.

20

21 Dated: March 11, 2025      /s/ John A. Mendez

22     THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28